**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6431**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TAWAYNE DEVONE LOVE, a/k/a Terry Wayne Love, a/k/a T-Wayne,

Defendant - Appellant.

**No. 20-6538**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TAWAYNE DEVONE LOVE, a/k/a Terry Wayne Love, a/k/a T-Wayne,

Defendant - Appellant.

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:03-cr-00187-1; 2:08-cv-00192)

Submitted:  July 31, 2020                          Decided:  August 6, 2020

Before GREGORY, Chief Judge, WILKINSON, Circuit Judge, and SHEDD, Senior Circuit Judge.

---

No. 19-6431 dismissed; No. 20-6538 vacated and remanded by unpublished per curiam opinion.

---

Tawayne Devone Love, Appellant Pro Se. John Lanier File, Assistant United States Attorney, Beckley, West Virginia, John J. Frail, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Tawayne Devone Love appeals the district court's orders denying relief on his motions filed pursuant to 28 U.S.C. § 2255 (2018) and the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. In No. 19-6431, we deny a certificate of appealability and dismiss Love's appeal of the district court's order denying his § 2255 motion. In No. 20-6538, we vacate the district court's order denying Love's motion under the First Step Act and remand for reconsideration in light of *United States v. Chambers*, 956 F.3d 667 (4th Cir. 2020). We of course express no view as to the ultimate merits or disposition of Love's claim.

The district court's order adopting the magistrate judge's recommendation and denying relief on Love's § 2255 motion is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B) (2018). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2018). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

3

We have independently reviewed the record and conclude that Love has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss appeal No. 19-6431.

As for the district court's order denying Love's motion to reduce his sentence of imprisonment under the First Step Act, the district court concluded that Love was eligible for relief but declined to reduce his sentence because Love was sentenced as a career offender under the Sentencing Guidelines. While this appeal was pending, we held in *Chambers* "that any Guidelines error deemed retroactive . . . must be corrected in a First Step Act resentencing." 956 F.3d at 668. This Court further held that "the [18 U.S.C.] § 3553(a) [(2018)] sentencing factors apply in the [First Step Act] § 404(b) resentencing context" and that a court "may consider post-sentencing conduct." *Id.* at 674. The district court did not have the benefit of our decision in *Chambers* when ruling on Love's First Step Act motion. Accordingly, we vacate the district court's order and remand for reconsideration in light of *Chambers*.

Accordingly, we dismiss Love's appeal in No. 19-6431. We vacate the district court's order in No. 20-6538. In light of this disposition, we deny Love's motion for a limited remand as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

No. 19-6431, *DISMISSED*;
No. 20-6538, *VACATED AND REMANDED*

4